34 So.2d 868

**Bessie FREEMAN v. STATE.**

6 Div. 607.

Court of Appeals of Alabama.
March 6, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

29 So.2d 896

**May Ollie (alias Mole, alias Mose) FREEMAN v. STATE.**

4 Div. 976.

Court of Appeals of Alabama.
Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

34 So.2d 869

**Leroy GABLE v. STATE.**

I Div. 569.

Court of Appeals of Alabama.
March 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

34 So.2d 869

**Leroy GABLE v. STATE.**

I Div. 570.

Court of Appeals of Alabama.
March 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

34 So.2d 32

**Frank GAINES v. Minnie B. HIGGIN-BOTHAM.**

7 Div. 929.

Court of Appeals of Alabama.
Jan. 15, 1948.

PER CURIAM.
Appeal dismissed, want of prosecution.

29 So.2d 896

**William (alias Bill) GANT v. STATE.**

8 Div. 534.

Court of Appeals of Alabama.
Feb. 11, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.